

RECEIVED

JUN 23 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Civil Action No. 23-cv-0857 _____

_____
Plaintiff

VS.                                    Judge _____

                              Magistrate Judge _____

_____
Defendant

## COMPLAINT
## UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

A.    Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.  Attach an additional sheet, if necessary.

Kim Pendleton, employee for Caddo Parish School Board, did violate Title VII of the Civil Rights Act of 1964; which prevents/prohibts discrimination on the basis of race, color, religion, national orign and sex
Kim Pendleton actions included sexual harassment (Supervisor with tangible employment action) Retaliation, and hostile work environment. Ms Pendleton also violated the Americans Disability Act by harmfully suggesting drug Abuse. Ms Pendleton used unwanted sexual connotations Sexual jokes, sexual slurs and derogatory comments towards me — (Please see Attachment)

B.    Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?    Yes [✓]  No [ ]

C.    Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?        Yes [✓]  No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received:  March 24, 2023 _____

Page 1 of 2

(Rev. 12/6/12)

D.    Have you received from the EEOC a copy of its determination with regard to your charges?

Yes ☐    No ☑

If "Yes," attach a copy of such determination.  Also, if you disagree with any of the EEOC's

findings or conclusions, state why:

No Determination made

E.    Give any other information you desire to disclose which supports your claim of

discriminatory employment practices.

On numerous occasions Ms Pendleton used such behaviors in the
Presence of witnesses. Through the Caddo Parish School Board investigation
witnessed did confirm actions of Ms Pendleton. Ms. Pendleton
herself did admit that she used behaviors in some instances on several
occasions. Caddo Parish School Board Reps did admit they didn't complete investigation
before rendering decisions

F.    Under penalty of perjury, I declare that the information given in this complaint is true and

correct.

Date:  June 23, 2023

(Signature)

3085 Hwy 155

(Street Address or P.O. Box)

Coushatta  La  71019

(City, State, Zip Code)

318 - 461 - 3142

_____

(Witness)

(Area Code)    (Telephone Number)

_____

(Witness)

Page 2 of 2

*(Rev. 12/6/12)*

## INSTRUCTIONS FOR FILING A LAWSUIT
## UNDER THE CIVIL RIGHTS ACT OF 1964 (EEOC 42:2000)

This is in response to your inquiry about a lawsuit you may wish to bring under Title VII of the Civil Rights Act of 1964. Under this law the Court is, upon application by a complainant, permitted to appoint an attorney for the applicant and to allow commencement of the action without prepayment of fees, costs or security.

Any such application is, at the direction of this Court, to be in writing and to be filed with this office. Forms for these applications are available upon request or on our website (www.lawd.uscourts.gov).

You are cautioned that any lawsuit under Title VII to be brought by you or on your behalf must be filed within 90 days after receipt by you of the EEOC's "right-to-sue" notice. A delay on your part in filing an application for appointment of an attorney or waiver of prepayment of fees may result in loss of rights under Title VII.

The clerk will automatically refer any motions you submit in connection with your complaint to the appropriate judge or magistrate judge, and will promptly send you copies of any orders signed in response to your motions. If your case is allowed to be filed, the order will reflect a Civil Action number which you should provide with all future inquiries and pleadings.

If you need additional copies of this application form or further information, please advise this office.

Very truly yours,

TONY R. MOORE
Clerk of Court
300 Fannin Street, Suite 1167
Shreveport, LA 71101-1167
318-676-4273

A) cont.... I also hold that Caddo School Board/and it's HR representatives did not give me a full and fair investigation into this matter. Moreso, Mr Victor Manero did not conduct/follow proper policy/protocol when initiating the investigation. Also that the employed security investigator did not do a thorough investigation before a decision was rendered.

— Please see Attached statement/ General timeline of

Southwood High School, et al.